UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-281 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| TREVELL LAMONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged:    Attempted Possession with Intent to Distribute MDMA/Ecstacy

Date of Detention Hearing:    June 18, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has been charged with a drug offense the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both

DETENTION ORDER                                                                                                      15.13
18 U.S.C. § 3142(i)                                                                                                   Rev. 1/91
PAGE 1

dangerousness and flight risk, under 18 U.S.C. §3142(e).

2. Defendant is a dual citizen of the United States and Canada. His primary ties are to Canada, although he has lived in the United States for about two and a half years. He does not have family in the area. The defendant's past medical history includes a serious head injury following a beating several years ago. Current substance abuse is indicated.

3. The alleged circumstances of the offense include efforts by defendant, temporarily successful, to avoid apprehension by driving through the parking lot of an apartment building at high speed, followed by a head-on collision with a DEA agent's vehicle. The defendant allegedly fled in the vehicle through a densely populated residential area at a high rate of speed. The vehicle was found abandoned and a 40-caliber handgun was found in a wooded area close to the car.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

01 | confined shall deliver the defendant to a United States Marshal for the purpose of
02 | an appearance in connection with a court proceeding; and
confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of June, 2008.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge